IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RONALD DAVID JONES,

    Plaintiff,

vs.                                    Case No. 4:15cv620-RH/CAS

CATHARINE ROBINSON,

    Defendant.

_____/

## ORDER and REPORT AND RECOMMENDATION

Plaintiff, proceeding pro se, has filed three more cases (case numbers 4:15cv620, 4:15cv621, and 4:15cv622) after the recent dismissal of his prior thirteen cases which were dismissed by this Court in December 2015.[1]  Plaintiff has once again filed a § 1983 civil rights complaint, ECF No. 1, a motion requesting leave to proceed in forma pauperis, ECF No. 2, and a motion requesting the appointment of counsel, ECF No. 3.

---

[1] The cases recently dismissed are: 4:14cv332; 4:15cv61; 4:15cv82; 4:15cv83; 4:15cv85; 4:15cv86; 4:15cv88; 4:15cv89; 4:15cv90; 4:15cv104; 4:15cv105, 4:15cv117; and 4:15cv119.  Five other cases were dismissed in March 2015: 4:15cv76; 4:15cv80; 4:15cv84; 4:15cv87; and 4:15cv116.

Plaintiff's in forma pauperis motion demonstrates he lives on "family owned" property, is currently unemployed, divorced with two children, and regularly receives money from family or friends to pay the utility bill and, presumably, for food and clothing.  ECF No. 2.  Good cause having been shown, Plaintiff's in forma pauperis motion, ECF No. 2, is **Granted**.  The Clerk of Court shall file the complaint without requiring payment of the filing fee.

Plaintiff's complaint, ECF No. 1, has been reviewed and is insufficient as filed.  The complaint is not on court forms as required by the local rules of this Court.  N.D. Fla. Loc. R. 5.7(A).  Nevertheless, the complaint has been reviewed to determine whether service should be directed, an amended complaint should be filed, or the case should be dismissed as insufficient to state a claim.

Plaintiff's complaint alleges that he received a note on December 8, 2015, from the City of Quincy's utilities department advising him of an unpaid balance on his utilities account.  ECF No. 1 at 2.  The following day, a city worker arrived at Plaintiff's residence and advised Plaintiff that Catharine Robinson, the named Defendant in this case, directed that Plaintiff's utilities be cut off at the pole.  ECF No. 1 at 2.  Plaintiff requested an extension of time but Defendant Robinson denied Plaintiff's request.

The utility worker ultimately turned off Plaintiff's utilities at the meter rather than at the utility pole. On December 16, 2015, Plaintiff spoke with Community Action and was able to have his utilities reconnected. *Id.* at 2-3. Plaintiff contends those actions were retaliatory and violated his civil rights and he seeks unspecified monetary damages. *Id.* at 3.

The complaint presents no factual alleges to support a First Amendment claim for retaliation. That claim is insufficient and must be dismissed. Furthermore, Plaintiff presents no other facts which suggest his civil rights were violated. It is not unlawful for a city utility department to disconnect services for unpaid utilities. Plaintiff's complaint alleges nothing more. This case should be dismissed.

Accordingly, it is

**ORDERED:**

1. Plaintiff's motion for leave to proceed in forma pauperis, ECF No. 2, is **GRANTED**.

2. The Clerk of Court shall file the complaint without requiring payment of the filing fee for this case.

**RECOMMENDATION**

It is respectfully **RECOMMENDED** that Plaintiff's complaint, ECF No. 1, be **DISMISSED** for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2) and all other pending motions[2] be **DENIED**.

**IN CHAMBERS** at Tallahassee, Florida, on January 20, 2016.

 S/    Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

---

[2] Plaintiff filed a motion requesting the appointment of counsel, ECF No. 3, at the same time he filed the complaint. It is possible that Plaintiff may submit additional motions prior to the time a ruling is entered on this Report and Recommendation.