IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RONALD DAVID JONES,

    Plaintiff,

v.                                          CASE NO. 4:15cv620-RH/CAS

CATHARINE ROBINSON,

    Defendant.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 6 and the objections, ECF No. 7. I have reviewed de novo the issues raised by the objections. The recommendation is for dismissal of the complaint on the court's own motion.

A plaintiff may be entitled to notice and an opportunity to be heard prior to a dismissal on the court's own motion in circumstances like these. *See, e.g., Am. United Life Ins. Co. v. Martinez*, 480 F.3d 1043, 1069 (11th Cir. 2007); *Danow v. Borack*, 197 F. App'x 853, 856, 2006 WL 2671928, at *3 (11th Cir. 2006) (unpublished); *see also Jefferson Fourteenth Associates v. Wometco de Puerto*

*Rico, Inc.*, 695 F.2d 524 (11th Cir. 1983).  Here the report and recommendation gave the plaintiff adequate notice, and he had an opportunity to respond by filing objections.

The report and recommendation correctly concludes that the complaint is deficient.  The plaintiff apparently attempts to assert claims only under 42 U.S.C. § 1983, but he has alleged no facts showing that he is entitled to relief.  *See Ashcroft v. Iqbal*, 556 U.S. 662 (2009) (setting out the standards governing dismissal of a complaint for failure to state a claim on which relief can be granted); *Erickson v. Pardus*, 551 U.S. 89 (2007) (same); *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544 (2007) (same).

A plaintiff often would be given leave to amend to attempt to cure pleading deficiencies.  But here there is no reason to believe the plaintiff could amend to state a claim on which relief could be granted arising from these facts.  Moreover, the plaintiff has recently filed dozens of frivolous cases in this court, abusing the leave he has been granted to proceed in forma pauperis.  The proper course is to end this case now.

Accordingly,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's further opinion. The clerk must enter judgment stating, "The complaint is dismissed." The clerk must close the file.

SO ORDERED on March 7, 2016.

s/Robert L. Hinkle<br>United States District Judge